# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

IN THE MATTER OF

THE EXTRADITION OF                    Case No. 6:22-mj-2317

DWIGHT EDMUND MCNUTT

### COMPLAINT
### (18 U.S.C. § 3184)

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1.    In this matter I represent the United States in fulfilling its treaty obligations to Canada.

2.    There is an extradition treaty in force between the United States and the Government of Canada: Treaty on Extradition Between the United States of America and Canada, U.S.-Can., Dec. 3, 1971, 27 U.S.T. 983, *as amended by* Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 11, 1988, S. TREATY DOC. NO. 101-17 (1990); *and* Second Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 12, 2001, S. TREATY DOC. NO. 107-11 (2002) (collectively, the "Treaty").

3.    The Treaty provides in Article 11 for the provisional arrest and detention of alleged fugitives pending the submission of a formal request for extradition and supporting documents.

4.     In accordance with Article 11 of the Treaty, the Government of Canada has asked the United States for the provisional arrest of Dwight Edmund McNutt ("McNutt") with a view towards his extradition.

5.     According to information provided by the Government of Canada, McNutt is wanted for prosecution on two counts of sexual interference in violation of Section 151 of the Criminal Code of Canada.[1]

6.     These offenses were committed within the jurisdiction of Canada. A warrant for McNutt's arrest was issued on December 14, 2022, by the Justice of the Peace Claire Winchester of the Ontario Court of Justice, Perth, Ontario.

7.     Canada seeks McNutt's provisional arrest with a view toward his extradition based on the following facts:

> a.     McNutt is the common-law spouse of J.N. and the stepfather of E.N., currently age 13. McNutt had been in a relationship with J.N. for approximately ten years and lived together with J.N. and E.N.
>
> b.     On October 20, 2022, E.N. disclosed to her mother, J.N., that McNutt had been sexually assaulting her since 2019, when she was ten years old. J.N. contacted the Children's Aid Society ("CAS") to report this sexual abuse the following day. The CAS reported the allegations

---

[1] The United States is seeking a warrant for McNutt's provisional arrest based only on charges of sexual interference. Canada has requested McNutt's provisional arrest on additional charges, and the United States' decision to proceed in urgent circumstances on these select charges is without prejudice to proceeding on additional charges when Canada's formal request for extradition has been reviewed by the Department of State and is submitted to the Court.

of sexual abuse to the police the same day it received the report from J.N. The CAS also contacted McNutt that day, advised him of the allegations, and suggested he leave the residence he shared with J.N. and E.N. for a few days pending an investigation. J.N. informed the CAS that McNutt told her "my life is ruined" after the CAS advised him of the allegations.

c.    The following day, on October 22, 2022, the Ontario Provincial Police conducted an audio-visual interview with E.N. and an audio interview with J.N. Neither interview was conducted under oath.

d.    According to E.N.'s statement, McNutt started sexually abusing her when she was approximately 10 years old, in 2019, and the abuse lasted about three years. According to E.N., the abuse stopped when she reported it to her mother on October 20, 2022. According to E.N., the offenses involved numerous instances of oral sex, digital penetration, and touching with sex toys (sometimes in exchange for social media privileges past her bedtime). During E.N.'s interview with police, she disclosed multiple incidents where McNutt would massage her legs, during which he would touch her crotch area and slide his fingers into her vaginal area.

e.    Additionally, since her mother did not permit her to use social media after 10:00 pm, E.N. used to sneak out of the house after her mother went to bed to see McNutt in his trailer and use his phone to

3

access her social media accounts.[2]  During these late-night encounters,
McNutt would perform oral sex on E.N.  He also asked E.N. to
perform oral sex on him.  E.N. also told police that McNutt would play
"truth or dare" with her and dare her to masturbate next to him on the
living room couch.  J.N. also advised police in her interview that E.N.
had told her that McNutt used a vibrator on her vaginal area.

    f.      According to Canada, the police formed grounds to arrest
McNutt during the interviews with E.N. and J.N.  Police unsuccessfully
tried to contact McNutt by phone immediately after the interviews.
During the evening of October 22, 2022, J.N. advised police that
McNutt's passport was missing from the home.  Police immediately
contacted the Canada Border Services Agency, who advised police that
McNutt had crossed the border at noon on October 22, 2022, only one
day after McNutt had been alerted to E.N.'s allegations.

    8.      The offenses for which McNutt's provisional arrest and extradition are
sought are provided for in Article 2 of the Treaty.

    9.      According to information provided by the U.S. Marshals Service,
McNutt's license plate was observed several times on Police License Plate Reading
cameras within this district between October 24, 2022, and November 3, 2022.
Additionally, on November 18, 2022, J.N. received a phone call from McNutt that
appeared on caller ID to be coming from Kissimmee, Florida.  U.S. law enforcement

---

[2] McNutt purportedly slept in a trailer in the front yard because of his snoring.

4

authorities have not tracked McNutt to any other district in the United States, and authorities have confirmed that McNutt has not legally departed the United States since his arrival on October 22, 2022.  Accordingly, McNutt is reasonably likely to be found within this district.

10.    The Government of Canada has represented that it will submit a formal request for extradition supported by the documents specified in the Treaty within the time required under the Treaty.

11.    McNutt would likely flee if he learned of the existence of a warrant for his arrest.

WHEREFORE, the undersigned requests that a warrant for the arrest of the aforenamed person be issued in accordance with 18 U.S.C. § 3184 and the extradition treaty between the United States and Canada, and that this complaint and the warrant be placed under the seal of the Court, except as disclosure is needed for its execution, until such time as the warrant is executed.

Ranganath Manthripragada
Assistant United States Attorney

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) this 21 day of December 2022.

EMBRY J. KIDD
United States Magistrate Judge

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: Julie Reyes